1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Advanced Transit Dynamics, Inc., | Case No. CV 15-1877 BRO (MANx) |
|---|---|
| Plaintiff, | **ORDER ON JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| v. | Complaint Filed: March 13, 2015<br>Discovery Cutoff: Sept. 26, 2016<br>Pre-Trial Conference: Nov. 7, 2016<br>Trial Date: Dec. 6, 2016 |
| Ridge Corporation, | |
| Defendant. | Hon. Beverly Reid O'Connell |
| And Related Counterclaims | |

CC: FISCAL

1  The Court having considered the parties' Joint Stipulation of Dismissal
2  Pursuant to Rule 41(a)(1)(A)(ii), the Court finds and concludes that all the claims
3  and counterclaims in this matter should be dismissed with prejudice. It is therefore
4  ordered that:
5      (1) All claims and counterclaims are dismissed with prejudice;
6      (2) Each party shall bear its own costs;
7      (3) The Order Granting Plaintiff's Motion for Preliminary Injunction (Dkt.
8  # 90) is dissolved;
9      (4) The bond posted by Plaintiff (Dkt. # 126-1) is no longer required and
10  shall be released to Plaintiff immediately; and
11      (5) The Court shall retain jurisdiction for purposes of enforcement of the
12  parties' Settlement and Patent License Agreement.

**IT IS HEREBY ORDERED**

Dated: May 3, 2016 _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE